UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

FRED GEORGE LABANKOFF,                                                                  No. 09-10970

                                Debtor(s).
_____/

Memorandum
_____

       The status conference order entered in this case is exactly the same as is entered in most Chapter 11 cases, as a review of other Chapter 11 dockets would show. Pursuant to Northern District B.L.R. 2002-1(a), it was the debtor's responsibility to give notice of his plan, not the Clerk's. Accordingly, this case will be converted to Chapter 7 pursuant to the status conference order.

Dated: September 29, 2009

                                                        Alan Jaroslovsky
                                                        U.S. Bankruptcy Judge